Moye v Mount Sinai Hosp. (2023 NY Slip Op 02828)

Moye v Mount Sinai Hosp.

2023 NY Slip Op 02828

Decided on May 25, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 25, 2023

Before: Kapnick, J.P., Friedman, Gesmer, Mendez, Pitt-Burke, JJ. 

Index No. 156584/21 Appeal No. 317 Case No. 2022-05611 

[*1]Ronald Moye et al., Plaintiffs-Respondents,
v
The Mount Sinai Hospital, et al., Defendants-Appellants.

Akerman LLP, New York (Rory J. McEvoy of counsel), for appellants.
Morgan & Morgan P.A., New York (Bryan Arbeit of counsel), for respondents.

Order, Supreme Court, New York County (Richard G. Latin, J.), entered on or about November 30, 2022, which, to the extent appealed from, directed defendant Jeffrey Cohen to provide plaintiffs with a statement of his net worth, unanimously reversed, on the law, without costs, and plaintiffs' request for Cohen's net worth statement denied.
The order is not appealable as of right under CPLR 5701(a)(2) because it did not decide a motion made on notice. Rather, the court issued its order after a discovery conference. Nonetheless, we deem the notice of appeal from the order to be a motion for leave to appeal, and we grant the motion (see Marrero v Modern Food Ctr. Inc., 209 AD3d 533, 533-534 [1st Dept 2022]).
Supreme Court should not have directed Cohen to provide a net worth statement, as financial disclosures sought in support of a claim for punitive damages should await a special verdict on the question of liability (Suozzi v Parente, 161 AD2d 232, 232 [1st Dept 1990]; see also Rupert v Sellers, 48 AD2d 265, 272 [4th Dept 1975]). 
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 25, 2023